**Order entered September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00855-CV

### DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I TRUST 2006-NC-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 NC5, Appellant

### V.

### KINGMAN HOLDINGS, LLC, AS TRUSTEE FOR THE MAHOGANY 1587 LAND TRUST, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04363-2013**

## ORDER

This appeal is scheduled for oral submission on September 15, 2015. On August 31, 2015, Kevin Alaimo filed a "Motion to Intervene" as an appellee in this appeal. On September 8, 2015, appellant filed a response in opposition to Alaimo's motion. On September 9, 2015, Alaimo filed his reply to appellant's response in opposition to his motion to intervene.

We **DENY** Alaimo's motion to intervene as an appellee in this appeal.

/s/    ROBERT M. FILLMORE
        PRESIDING JUSTICE